| | |
|---|---|
| 1 | Jeffrey D. Skinner (SBN 239214) |
| | jeffrey.skinner@afslaw.com |
| 2 | Brian J. Hamilton (SBN 311053) |
| | brian.hamilton@afslaw.com |
| 3 | **ARENTFOX SCHIFF LLP** |
| | 44 Montgomery Street, 38th Floor |
| 4 | San Francisco, CA 94104 |
| | Telephone:   (415) 757-5500 |
| 5 | Facsimile:   (415) 757.5501 |

6  *Attorneys for Defendant Breville USA, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLETTE SHUEY, CHRISTINA KEY, and DARREN LESLIE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BREVILLE USA, INC., <br><br> Defendant. | Case No.  3:23-cv-03099-AMO <br><br> **STIPULATION TO STAY CASE PENDING PRIVATE MEDIATION** <br><br> Judge: Hon. Araceli Martínez-Olguín <br><br> Action Filed:     June 22, 2023 |

WHEREAS, Plaintiff Christina Key filed a Class Action Complaint on June 22, 2023 (ECF No. 1) against Defendant Breville USA, Inc. ("Breville");

WHEREAS, Plaintiffs Darlette Shuey, Christina Key, and Darren Leslie ("Plaintiffs") filed an Amended Class Action Complaint on August 16, 2023 (ECF No. 13);

WHEREAS, Plaintiffs filed a Second Amended Class Action Complaint on November 3, 2023 (ECF No. 22);

WHEREAS, the parties stipulated that Breville's deadline to respond to the Second Amended Class Action Complaint was December 1, 2023, and Plaintiffs' deadline to file an opposition thereto is December 22, 2023;

WHEREAS, the parties have agreed to participate in private mediation to be scheduled for a mutually convenient date in 2024;

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO STAY CASE PENDING
PRIVATE MEDIATION
3:23-CV-03099-AMO

WHEREAS, Local Rule 6-1(a) provides that the parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint;

THE PARTIES HEREBY STIPULATE AND AGREE, by and through their attorneys of record, that

(1) Breville's deadline to respond to the Second Amended Class Action Complaint shall be May 1, 2024;

(2) Plaintiffs' deadline to file their opposition to Breville's motion to dismiss the Second Amended Class Action Complaint shall be May 31, 2024; and

(3) Breville's deadline to file any reply in support of its motion to dismiss the Second Amended Class Action Complaint shall be June 14, 2024.

IT IS SO STIPULATED.

Respectfully submitted,

*/s/ Matthew A. Smith*
Matthew A. Smith  (SBN 309392)
**MIGLIACCIO & RATHOD LLP**
201 Spear Street, Suite 1100
San Francisco, CA 94105
msmith@classlawdc.com

Nicholas A. Migliaccio (pro hac vice)
Jason S. Rathod (pro hac vice)
Mark D. Patronella (pro hac vice)
**MIGLIACCIO & RATHOD LLP**
412 H Street NE
Washington, DC 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com
mpatronella@classlawdc.com

Respectfully submitted,

**ARENTFOX SCHIFF LLP**

*/s/ Jeffrey D. Skinner*
Jeffrey D. Skinner
Brian J. Hamilton

Dated:  October 27, 2023

*Attorneys for Defendant Breville USA, Inc.*

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

STIPULATION TO STAY CASE PENDING
PRIVATE MEDIATION
3:23-CV-03099-AMO

| | |
|---|---|
| 1 | Dan E. Gustafson (pro hac vice forthcoming) |
| 2 | David A. Goodwin (pro hac vice forthcoming) |
| 3 | Kaitlyn L. Dennis (pro hac vice forthcoming) |

Dan E. Gustafson (pro hac vice forthcoming)
David A. Goodwin (pro hac vice forthcoming)
Kaitlyn L. Dennis (pro hac vice forthcoming)
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel. (612) 333-88844
dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com
kdennis@gustafsongluek.com

Scott David Hirsch (pro hac vice)
**SCOTT HIRSCH LAW GROUP PLLC**
Fla. Bar No. 50833
6810 N. State Road 7
Coconut Creek, FL 33073
Tel. (561) 569-7062
scott@scotthirschlawgroup.com

*Attorneys for Plaintiffs*

Dated: November 30, 2023

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 3 -

STIPULATION TO STAY CASE PENDING
PRIVATE MEDIATION
3:23-CV-03099-AMO