1 Jeffrey D. Skinner (SBN 239214)
jeffrey.skinner@afslaw.com
2 Brian J. Hamilton (SBN 311053)
brian.hamilton@afslaw.com
3 **ARENTFOX SCHIFF LLP**
44 Montgomery Street, 38th Floor
4 San Francisco, CA 94104
Telephone:   (415) 757-5500
5 Facsimile:   (415) 757.5501

6 *Attorneys for Defendant Breville USA, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DARLETTE SHUEY, CHRISTINA KEY, and DARREN LESLIE, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>BREVILLE USA, INC.,<br><br>        Defendant. | Case No. 3:23-cv-03099-AMO<br><br>**STIPULATION RE: BRIEFING SCHEDULE FOR BREVILLE USA, INC.'S MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Judge: Hon. Araceli Martínez-Olguín<br><br>Action Filed:   June 22, 2023 |
|---|---|

WHEREAS, Plaintiff Christina Key filed a Class Action Complaint on June 22, 2023 (ECF No. 1) against Defendant Breville USA, Inc. ("Breville");

WHEREAS, Plaintiffs Darlette Shuey, Christina Key, and Darren Leslie ("Plaintiffs") filed an Amended Class Action Complaint on August 16, 2023 (ECF No. 13);

WHEREAS, Plaintiffs filed a Second Amended Class Action Complaint on November 3, 2023 (ECF No. 22);

WHEREAS, the parties participated in private mediation that ended in impasse on May 22, 2024;

WHEREAS, Local Rule 6-1(a) provides that the parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint;

THE PARTIES HEREBY STIPULATE AND AGREE, by and through their attorneys of record, that

    (1) Breville's deadline to respond to the Second Amended Class Action Complaint shall be June 21, 2024;

    (2) Plaintiffs' deadline to file their opposition to Breville's motion to dismiss the Second Amended Class Action Complaint shall be July 19, 2024; and

    (3) Breville's deadline to file any reply in support of its motion to dismiss the Second Amended Class Action Complaint shall be August 2, 2024.

IT IS SO STIPULATED.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| | **ARENTFOX SCHIFF LLP** |
| */s/ Matthew A. Smith* <br> Matthew A. Smith  (SBN 309392) <br> **MIGLIACCIO & RATHOD LLP** <br> 201 Spear Street, Suite 1100 <br> San Francisco, CA 94105 <br> msmith@classlawdc.com | */s/ Jeffrey D. Skinner* <br> Jeffrey D. Skinner <br> Brian J. Hamilton <br><br> Dated:  May 24, 2024 |
| Nicholas A. Migliaccio (pro hac vice) <br> Jason S. Rathod (pro hac vice) <br> Mark D. Patronella (pro hac vice) <br> **MIGLIACCIO & RATHOD LLP** <br> 412 H Street NE <br> Washington, DC 20002 <br> Tel: (202) 470-3520 <br> nmigliaccio@classlawdc.com <br> jrathod@classlawdc.com <br> mpatronella@classlawdc.com | *Attorneys for Defendant Breville USA, Inc.* <br><br> I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing. |
| Dan E. Gustafson (pro hac vice forthcoming) <br> David A. Goodwin (pro hac vice forthcoming) <br> Kaitlyn L. Dennis (pro hac vice forthcoming) <br> **GUSTAFSON GLUEK PLLC** <br> 120 South Sixth Street, Suite 2600 | |

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

STIPULATION RE: BRIEFING SCHEDULE
FOR MOTION TO DISMISS SAC
3:23-CV-03099-AMO

Minneapolis, MN 55402
Tel. (612) 333-88844
dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com
kdennis@gustafsongluek.com

Scott David Hirsch (pro hac vice)
**SCOTT HIRSCH LAW GROUP PLLC**
Fla. Bar No. 50833
6810 N. State Road 7
Coconut Creek, FL 33073
Tel. (561) 569-7062
scott@scotthirschlawgroup.com

*Attorneys for Plaintiffs*

Dated:  May 24, 2024

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 3 -

STIPULATION RE: BRIEFING SCHEDULE
FOR MOTION TO DISMISS SAC
3:23-CV-03099-AMO