David A. Goodwin (admitted *pro hac vice*)
Mary M. Nikolai (*pro hac vice* forthcoming)
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel. (612) 333-8844
dgoodwin@gustafsongluek.com
kdennis@gustafsongluek.com

*Attorneys for Plaintiffs.*
*Additional counsel below*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLETTE SHUEY, CHRISTINA KEY, and DARREN LESLIE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BREVILLE USA, INC.,<br><br>Defendant. | Case No. 3:23-cv-03099-AMO<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Judge: Hon. Araceli Martínez-Olguín<br><br>Action Filed:   June 22, 2023 |

Consistent with Local Rule 40-1, the parties hereby notify the Court that they have reached a settlement in principle. The parties anticipate finalizing the settlement agreement within sixty (60) days and filing a notice of dismissal once the agreement is final. Based on the foregoing, the parties request the Court stay all deadlines related to this litigation pending finalization of the settlement.

Dated:  July 19, 2024                                                    Respectfully submitted,

**GUSTAFSON GLUEK PLLC**                              **ARENTFOX SCHIFF LLP**

*/s/ David A. Goodwin*                                              */s/ Jeffrey D. Skinner*
David A. Goodwin (admitted *pro hac vice*)          Jeffrey D. Skinner
Mary M. Nikolai (*pro hac vice* forthcoming)       Brian J. Hamilton

|   |   |   |
|---|---|---|
| 1 | 120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Tel. (612) 333-8844<br>dgoodwin@gustafsongluek.com<br>kdennis@gustafsongluek.com | *Attorneys for Defendant<br>Breville USA, Inc.* |

Nicholas A. Migliaccio (*pro hac vice forthcoming*)
Jason S. Rathod (*pro hac vice forthcoming*)
Mark D. Patronella (*pro hac vice forthcoming*)
**MIGLIACCIO & RATHOD LLP**
412 H Street NE
Washington, DC 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com
mpatronella@classlawdc.com

Scott David Hirsch (*pro hac vice forthcoming*)
**SCOTT HIRSCH LAW GROUP PLLC**
Fla. Bar No. 50833
6810 N. State Road 7
Coconut Creek, FL 33073
Tel. (561) 569-7062
scott@scotthirschlawgroup.com

*Attorneys for Plaintiffs*

Dated:  July 19, 2024

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.