David A. Goodwin
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
dgoodwin@gustafsongluek.com

*Attorneys for Plaintiffs Darlette Shuey, Christina Key, and Darren Leslie*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLETTE SHUEY, CHRISTINA KEY, and DARREN LESLIE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BREVILLE USA, INC.,<br><br>Defendant. | Case No. 3:23-cv-03099-AMO<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Araceli Martínez-Olguín<br><br>Action Filed:   June 22, 2023 |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismissal of this action with prejudice. All parties shall bear their own fees and costs.

Respectfully submitted this 14th day of November 2024.

*/s/ David A. Goodwin*
David A. Goodwin (pro hac vice)
dgoodwin@gustafsongluek.com
Dan E. Gustafson (pro hac vice)
dgustafson@gustafsongluek.com
Kaitlyn L. Dennis (pro hac vice)
kdennis@gustafsongluek.com
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844

*/s/ Jeffrey D. Skinner*
Jeffrey D. Skinner (SBN 239214)
jeffrey.skinner@afslaw.com
Brian J. Hamilton (SBN 311053)
brian.hamilton@afslaw.com
**ARENTFOX SCHIFF LLP**
44 Montgomery Street, 38th Floor
San Francisco, CA  94104
Telephone: (415) 757-5500
Facsimile: (415) 757-5501
*Attorneys for Defendant Breville USA, Inc.*

Nicholas A. Migliaccio
Jason S. Rathod
**MIGLIACCIO & RATHOD LLP**
412 H Street NE
Washington, DC 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

Scott David Hirsch (pro hac vice)
**SCOTT HIRSCH LAW GROUP PLLC**
Fla. Bar No. 50833
6810 N. State Road 7
Coconut Creek, FL 33073
Tel. (561) 569-7062
scott@scotthirschlawgroup.com

*Attorneys for Plaintiffs Darlette Shuey, Christina Key, and Darren Leslie*

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

## [PROPOSED] ORDER

Pursuant to the above Stipulation, it is hereby ordered that this action is dismissed with prejudice. All parties shall bear their own fees and costs.

IT IS SO ORDERED.

Dated: _____

_____
Honorable Araceli Martínez-Olguín
U.S. District Court Judge